**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1785**

DESPINA N.A. LUCAS,

        Plaintiff - Appellant,

    v.

COUNTY OF DARE, NORTH CAROLINA; COUNTY OF PAMLICO, NORTH CAROLINA; COURT DISTRICT 3B, NORTH CAROLINA; CITY OF NAGS HEAD, NORTH CAROLINA; CITY OF KILL DEVIL HILLS, NORTH CAROLINA; CITY OF KITTY HAWK, NORTH CAROLINA; STATE OF NORTH CAROLINA; CITY COUNTY OF NEWPORT NEWS, VIRGINIA; CITY COUNTY OF HAMPTON, VIRGINIA; COMMONWEALTH OF VIRGINIA; CHRISTOPHER NEWPORT UNIVERSITY; UNITED STATES OF AMERICA,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, Chief District Judge. (2:19-cv-00017-BO)

Submitted: September 24, 2019          Decided: September 26, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Despina N.A. Lucas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Despina N.A. Lucas appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Lucas that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140 (1985). Lucas has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*